**STATE of Missouri, Respondent,**

v.

**Alonzo MILLER, Appellant.**

**No. WD 57462.**

Missouri Court of Appeals,
Western District.

Nov. 21, 2000.

Motion for Rehearing and/or Transfer to Supreme Court Denied Dec. 26, 2000.

Application for Transfer Denied
Jan. 23, 2001.

---

Vanessa Caleb, Asst. Public Defender, Kansas City, for Appellant.

Philip M. Koppe, Asst. Atty. Gen., Kansas City, for Respondent.

Before LOWENSTEIN, P.J., LAURA DENVIR STITH and NEWTON, JJ.

## ORDER

PER CURIAM:

Mr. Miller appeals his conviction of assault in the second degree under § 565.060, RSMo (1994).

For the reasons set forth in the memorandum provided to the parties, we affirm the judgment. Rule 30.25(b).